# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2021

Bridget M. McCormack,
Chief Justice

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

160991(126)

TOWNSHIP OF FRASER,
          Plaintiff-Appellant,

v

HARVEY HANEY and RUTH ANN
HANEY,
          Defendants-Appellees.
_____/

SC: 160991
COA: 337842
Bay CC: 16-003272-CH

On order of the Chief Justice, the motion of the Michigan Lakes & Streams Association, Inc., to file a brief amicus curiae is GRANTED. The amicus brief submitted on February 16, 2021, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2021



Clerk